E-FILED
Tuesday, 26 August, 2008 11:50:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_People of State of Illinois_ )
 )
 )
 )
Plaintiff, )
 )
vs. ) No. 08-1211
_Kelvin M Little_ ) (Supplied by Clerk)
 )
 )
 )
Defendant(s). )

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

I, _Kelvin Little_, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single _✓_ Married ____ Separated ____ Divorced ____

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (✓)

B. If so, by whom, what is your position, and what is your pay?

C. If not, when were you last employed and what was your pay? This includes prior inmate positions? _Ericson $9.00 hr 1998_

1

D. Have you received money from any other source, including judgments, in the last 6 months? Yes ( ) No ( ) If yes, describe each source and state how much you received.

friend - $50.00  $25.00

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? _____

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

$80.00  G&N, Cosmed and food

G. How much money do you have in private checking or saving accounts? NONE

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (✓)

If yes, describe the property and its approximate value:

I. Do you have any debts or obligations? Yes (✓) No ( )

If yes, list the amount owed, to whom, and any current payments that you are making.

Hosp  $4000

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

2

_____

_____

_____

    K.   Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributions to them.

_____

    I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

_____*Richard Little*_____
SIGNATURE

_____AUG 1 2008_____
DATE

AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

_____ DISTRICT OF _____

V.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

I, *Kelvin Little*, declare that I am the (check appropriate box)

☐ petitioner/plaintiff            ☒ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant         ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                  Yes ☐    No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment        Yes ☐    No ☐
   b. Rent payments, interest or dividends?                        Yes ☐    No ☐
   c. Pensions, annuities or life insurance payments?              Yes ☐    No ☐
   d. Gifts or inheritances?                                       Yes ☐    No ☐
   e. Any other sources?                                           Yes ☒    No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Friend $50.00 $25.00

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Aug 1 2008__   _Kelvin Little_
           (Date)            Signature of Applicant

---

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ | _____ |
| United States Judge     Date | United States Judge     Date
|                              | or Magistrate |

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 8/5/2008 | | | Hill Correctional Center | | | Page 1 of 1 |
| Time: 08:52:41 | | | Trust Fund | | | |
| CHAMP | | | Inmate Transaction Statement | | | |
| | | | 2/1/2008 to 8/5/2008 | | | |

**Inmate: N62392 Little, Kelvin**          **Housing Unit: HIL-R1-B -33**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 06/10/08 | Mail Room | 04 Intake and Transfers In | 162215 | 86101 | Menard C.C. | 5.98 | 5.98 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165179 | | P/R month of 05/2008 | 1.02 | 7.00 |
| 06/16/08 | Point of Sale | 60 Commissary | 168705 | 431225 | Commissary | -6.97 | .03 |
| 06/17/08 | Mail Room | 01 MO/Checks (Not Held) | 169215 | 11162798886 | Clements, George | 25.00 | 25.03 |
| 06/17/08 | Mail Room | 04 Intake and Transfers In | 169215 | 86304 | Menard C.C. | 9.18 | 34.21 |
| 06/17/08 | Disbursements | 81 Legal Postage | 169363 | Chk #97414 | 06/02/2008, DOC: 523 Fund Inma, Inv. Date: 06/02/2008 | -.01 | 34.20 |
| 07/11/08 | Payroll | 20 Payroll Adjustment | 193179 | | P/R month of 06/2008 | 10.00 | 44.20 |
| 07/16/08 | Mail Room | 01 MO/Checks (Not Held) | 198215 | 11165372436 | Rankin, Charles | 50.00 | 94.20 |
| 07/18/08 | Point of Sale | 60 Commissary | 200721 | 433213 | Commissary | -82.16 | 12.04 |

| | |
|---|---|
| Total Inmate Funds: | 12.04 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 12.04 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |