E-FILED
Tuesday, 26 August, 2008 11:51:08 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
DISTRICT OF ILLINOIS

FILED
AUG 2 6 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

People of The State of ILLINOIS
Plaintiff(s)

)
)
)
)
)
) Case Number 08-1211
v. )
)
)
)
Kelvin Little )
Defendant(s) )
)

Judge William D. Schurkerk

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Kelvin Little, declare that I am the plaintiff in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

I Have Wrote lawyers Asking Them To Represent Myself, But I Have No Way of Paying.

1

3. In further support of my motion, I declare that (check appropriate answer):

   ✓ I am not currently, nor previously have been represented by an attorney appointed by this Court in this or any other civil or criminal proceeding before this Court.

   ___ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the following page.

4. In further support of my motion, I declare that (check appropriate answer):

   ✓ I have attached an original Application to Proceed in Forma Pauperis detailing my financial status.

   ___ I have previously filed an Application to Proceed in Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ___ I have previously filed an Application to Proceed in Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed in Forma Pauperis to reflect my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Kelvin Little N62392_
Movant's Signature

_P.O. Box 1700_
Street Address

_GalesBurG Il 61402_
City/State/Zip

DATE: _AUG 1 2008_

2

# AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, _Kelvin Little N62392_, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief.

Signed on this _20_ day of _AUG_, 20_08_.

_____
Affiant

Any pleading, affidavit or other document certified in accordance with 735 ILCS 5/1-109 may be used in the same manner and with the same force and effect as though subscribed and sworn to under oath.

Any person who makes a false statement, material to the issue or point in question, which he does not believe to be true, in any pleading, affidavit or other document certified by such person in accordance with this Section shall be guilty of a Class 3 felony.